UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Timothy Booth_

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_Capt. Scott Drissel_
_Lt. Tamika Allan_
_Sgt. Brian Mcmenamin_

_Phila. Police Dept_

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.**      **Parties in this complaint:**

**A.**      List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

| Plaintiff | Name | _Timothy Booth_ |
|---|---|---|
| | Street Address | _4215 Filbert St._ |
| | County, City | _Philadelphia_ |
| | State & Zip Code | _Pennsylvania 19104_ |
| | Telephone Number | _267-886-2513_ |

*Rev. 10/2009*

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Scott Drissel_
Street Address _6448 Woodland Ave_
County, City _Phila._
State & Zip Code _Pennsylvania 19142_

Defendant No. 2

Name _Tamika Allen_
Street Address _6448 Woodland Ave_
County, City _Phila_
State & Zip Code _Pennsylvania 19142_

Defendant No. 3

Name _Brian McMenamin_
Street Address _6448 Woodland Ave_
County, City _Phila._
State & Zip Code _Pennsylvania 19142_

Defendant No. 4

Name _City of Phila. Police Dept._
Street Address _750 Race St._
County, City _Phila._
State & Zip Code _Pennsylvania 19106_

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

    (Q  Federal Questions)        Q  Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _1st Amend / Violation of title 14th Amend / VII of the Civil Rights 8th Amend / Act Because Retaliation for Engaging In Protected Activity_

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur?  12th District
Police District 6448 woodland ave
Phila. Pa. 19142                                                              C201

B.    What date and approximate time did the events giving rise to your claim(s) occur? 03-13-19
then 03-15-19 then 5-16-19 then 7-17-19
then 7-30-19 then 10-3-2019

C.    Facts: _____

| What happened to you? |

Attached
Here to Exhibit
with

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

STATEMENT OF CLAIM AGAINST
THE DEFENDANTS HEREIN, WITH EXHIBIT ATTACHED HERETO

I TIMOTHY BOOTH PLAINTIFF HEREIN DECLARE THAT IN THE 5/2018 THE DEFENDANTS LT
TAMIKA ALLAN APPROACHED ME IN THE ROOL CALL ROOM AND STATRED TO VERBALLY ABUSE
ME. SAY YOU AINT NOTHING BUT A FUCKIN JANITOR AND WHO THE FUCK DO I THINK I AM  IF I
HAVE SOMETHING TO SAY ABOUT HER THEN DON'T BE A BITCH ABOUT COME SAY IT TO HER.
SHE CALLED ME A PUSSY SAY THAT I CAN'T COMPLAIN ABOUT HER TO HER SUBORDINATES .
THIS HAPPENED ON MY FIRST DAY BACK FROM MY TWO WEEK VACATION. I HAD KNOW CLUE
TO WHAT SHE WAS TALKING ABOUT BUT TO VERBALLY ABUSE ME IN FRONT OF HER OF SQUAD
WAS TO HUMILITY ME. THE THEN CAPTAIN DESHAWN BEAUFORT DRIVE POLICE OFFICER ERIC
LEE SEEN AND HEARD HER UNPROFESSIONAL CONDUCT AND REPORTED HER TO CAPTAIN
BEAUFORT.
CAPTAIN BEAUFORT TOLD ME NOT WORRY ABOUT HER ANYMORE BECAUSE HE GAVE HER A
WARNING.
CAPTAIN BEAUFORT WAS PROMOTED TO INSPECTOR AT THE BEING OF 2019 AND TRANSFER
TO THE 35TH DISTRICT AND CAPTAIN SCOTT DRISSEL WAS PROMOTED FROM LT AT THE
INTERNAL AFFAIRS UNIT. CAPTAIN DRISSEL TOOK OVER COMMAND FROM THE FORMER
CAPTAIN AT 6448 WOODLAND AVE THE 12TH DISTRICT POLICE STATION.
THEN ON 3/13/2019 DEFENDANT LT. TAMIKA ALLAN ACUSSED ME OF LEAVING HER LOCKER
ROOM DOOR OPEN BECAUSE SHE LEFT HER POLICE ISSUED GUN LAYING ON THE TABLE
INSIDE OF THE FEMALE SUPERVISOR LOCKER.

SHE THEN VISCOUS STARTED TO VERBAL ABUSE ME.
I INFORMED HER THAT I DID NOT LEAVE THE ROOM DOOR OPEN. SHE CALLED ME A LIAR AND
SAID THAT I DID LEAVE HER DOOR OPEN AND SHE WAS GOING TO KEEP RELOCKING MOP
ROOM BUCKET DOOR TO TEACH ME A LESSON FOR LEAVING HER DOOR OPEN AND TO SEE
HOW IT IS WHEN SOMEONE MAKE YOUR JOB HARD FOR YOU TO DO.

I TOLD HER THAT IT'S RETALIATORY HARASSMENT. THE ADMINISTRATIVE LT. RUFF WAS IN THE
OFFICE AND SAID THAT IT'S NOT HARASSMENT FOR HER TO TEACH ME A RETALIATORY
LESSON

I SAID TO THEM THAT I WAS GOING TO REPORT IT.

LT. TAMIKA ALLAN WALKED OVER TOWARD ME WHILE STILL CURSING AT ME AND SAID GET THE
FUCK OUT OF HER FACE AND SLAMMED THE DOOR SHUT IN MY FACE.

I WENT INTO CAPTAIN SCOTT DRISSEL OFFICE TO INFORM HIM BUT HE WAS NOT THERE SO I
TOLD POLICE OFFICERS ANGIE HALL WHAT HAD HAPPENED.

SHE SAID THAT THE CAPTAIN WASN'T IN YET SO I ASKED HER TO CALL ME WHEN HE CAME IN.

I WENT DOWN STAIRS AND A HALF HOUR LATER THE CAPTAIN CALLED·ME TO HIS OFFICE.

WHEN I ENTERED THE CAPTAIN OFFICE LT. TAMAKIA ALLAN WAS ALREADY IN THERE ALONG WITH LT. RUFF.

CAPTAIN SCOTT DRISSEL TOLD ME TO COME IN AND SET DOWN.
THEN CAPTAIN DRISSEL STARTED ACCUSING ME OF BEING INSUBORDINATE TOWARD LT ALLAN WHOM HAD CURSED ME OUT AND USED RETALIATION PRACTICE AGAINST ME THAT MORNING.

I TRIED TO SPOKE BUT THE CAPTAIN WOULD CUT ME OFF BUT I DID INFORM HIM OF LT ALLAN HISTORY OF VERBALLY ABUSING ME AND TOLD HIM THAT HE COULD ASK THE FORMER CAPTAIN DESHAWN BEAUFORT BECAUSE HE GAVE HER A WARNING ABOUT HER TREATMENT OF ME.

CAPTAIN SCOTT DRISSEL SAID THAT HE WAS NOT CONCERNED ABOUT THAT AND THEN I TOLD THE CAPTAIN THAT I DID NOT LEAVE THE LOCKER ROOM DOOR OPEN AND THAT I LEFT WORK AT 1:00 PM AND CAN BE SEEN ON HIS CAMERA THAT OUTSIDE OF THE BUILDING, FUTHERMORE LT ALLAN SAID THAT THE NEXT SHIFT 2:00PM SGT DENISE BROWN CAME IN AND TOLD HER THAT THE LOCKER ROOM DOOR WAS OPEN AND HER POLICE ISSUED GUN WAS LEFT ON THE TABLE WHERE ANYONE COULD HAVE WALKED IN AND STOLEN IT.

I CAN'T BE RESPONSIBLE FOR WHAT HAPPENS AFTER I LEAVE FOR THE DAY AND MANY OF THE FEMALE OFFICERS GO IN THERE TO USE THE RESTROOM AND EVEN COMMUNITY RELATIONS GOES IN THERE BECAUSE THEY HAVE STUFF IN THE BACK.

I AM SEEN ON CAMERA LEAVING THE BUILDING AT 1. O'CLOCK AND THE 2 OCLOCK SGT TOLD HER THAT THE LOCKER ROOM DOOR WAS OPENED WHEN SHE CAME IN TO WORK AND HER POLICE SERVICE ISSUED GUN WAS LEFT OUT ON THE TABLE WHERE ANYONE COULD HAVE TAKEN IT.

THE COMMUNITY RELATIONS OFFICER OFTEN HAVE CIVILIAN COME IN THE BUILDING AND THEY WALK AROUND THE BUILDING FREELY.

THE CAPTAIN SAID THAT ALL HE WAS CONCERNED ABOUT WAS THE NEW BODY CAMERA ROOM TO BE CLEANED OUT.

I SAID THAT WHAT SHE DID WAS WRONG AND HER ACTIONS WERE RETALIATORY HARASSMENT FOR SOMETHING THAT I DID NOT DO. SAYING THAT SHE WAS GOING TO TEACH ME A LESSON IS CLEARLY RETALIATION.

THE CAPTAIN SAID THAT IT WASN'T HARASSMENT AND HE DID NOT WANT TO HEAR ANY MORE. ABOUT IT AND AS FAR AS HE WAS CONCERNED THE MATTER WAS OVER.

I WAS VERY UPSET ABOUT THE WAY THAT I WAS TREATED BY LT ALLAN AND THEN THE CAPTAIN BIAS TREATMENT TOWARDS ME.

THE NEXT DAY  CAPTAIN DRISSEL ORDER THAT THE ROOM THAT I HAVE BEEN USING TO TAKE MY BREAKS IN AND PRAY IN WAS GOING TO BE TAKEN FROM ME.

THE CITY PUBLIC PROPERTY DESTINATED THE ROOM TO BE A CUSTODIAL SUPPLIES ROOM IN THE BASEMENT FOR YEARS AND IT ON THE BUILDING SCHEMATIC AND I HAVE BEEN USING THIS ROOM TO PRAY IN FOR YEARS.

FORMER CAPTAIN BEAUFORT KNEW THAT I PRAYED IN THAT ROOM AS WELL AS EVERYONE ELSE.
POLICE OFFICER CHARLES HENDRICKS , POLICE OFFICER ERIC LEE AND THE CAPTAIN AIDE KATRINA GIDDINGS ALL HAVE WALKED IN ON ME WHILE I WAS PRAYING IN THAT ROOM THAT WAS ALLOCATED FOR THE CUSTODIAL DEPARTMENT WORKERS TO USE.

SAYING THAT HE WILL NOT TOLERATE ME BEING INSUBORDINATE TO LT ALLAN WHEN SHE TELLS ME TO DO SOMETHING AND THE PUNISHING ME FOR SOMETHING THAT I DID NOT DO.
I ACCUSE ME OFF BEING INSUBORDINATE WITHOUT HEAR ONE WORD FOR ME WAS CLEARLY BIASED.
REFUSE TO ASK INSEPTOR BEAUFORT ABOUT HER UNBECOMING CONDUCT
REFUSING TO LOOK AT THE REAL TIME CRIME RECORDING OFF OUTSIDE THE BUILDING TO CONFIRM THE TIME THAT I LEFT WORK THAT DAY IS PREJUDICIAL.

NOW TO TAKE THE ROOM THAT I PRAY IN AS PUNISHMENT IS A CLEAR ACT OF RELIGIOUS DISCRIMINATION.

THERE IS NO REAL EXCUSE FOR THIS BECAUSE THE CONFISCATED LIQUOR WAS KEPT ALL THIS TIME IN THE CELL BLOCK AREAS AND FUTHERMORE THE CONFISCATED LIQUOR IS BY POLICE DEPARTMENT POLICY SUPPOSED TO BE TRANSFERRED TO THE CITY EVIDENCE STOREAGE BUILDING..

I TOOK PICTURES OF WHERE THE POLICE OFFICER UNDER CAPTAIN SCOTT DRISSEL COMMAND WOULDS TAKE AND DRINK THE BEER AND LIQUOR INSIDE OF GARAGE IN THE BIKE CAGE WHILE STILL ON DUTY

I WENT TO THE PHILADELPHIA POLIC DEPARTMENT ADMINISTRATIVE BUILDING AND SPOKE DIRECTLY WITH COMMISSIONER RICHARD ROSS.
HE SAID THAT HE WAS GOING TO LOOK INTO MY PROBLEM.
I GAVE COMMISSIONER ROSS A WRITTEN STATEMENT DETAILING WHAT HAPPENED.
I ALSO ASKED HIM TO SPEAK WITH FORMER CAPTAIN INSEPECTOR DESHAWN BEAUFORT ABOUT LT ALLAN CURSING ME OUT IN 2018 INSIDE OF THE ROLL CALL ROOM IN FRONT OF POLICE OFFICER ERIC LEE..

COMMISSIONER ROSS SENT MY COMPLAINT TO THE POLICE DEPARTMENT INTERNAL AFFAIRS UNIT FOR INVESTIGATION.

ON 5/6/2019 I GAVE MY STATEMENT TO SGT CONWAY . IN REPORTED THE HOSTILE WORKING ENVIRONMENT AND THE RETALIATORY HARASSMENT THAT I WAS SUBJECTED TO.
I ALSO INFORMED HIM OF CAPTAIN SCOTT DRISSEL BIASNESS. AND PREJUDICIAL TREATMENT TOWARD ME .
HIS ACUSSING ME OF BEING INSUBORDINATE WITHOUT HEARING ANYTHING THAT I HAD TO SAY BEFORE MAKING HIS CONCLUSION AND HIS ORDERING POLICE OFFICER JOESPH SHORT TO TAKE AWAY THE ROOM THAT I PRAYED IN FOR YEARS AND TOOK MY BREAKS IN.

I TOLD HIM ABOUT MY NOT BEING ABLE TO FIND MY PRAYER RUG FOR AN ENTIRE WEEK AND THE PLACEMENT OF MY BELONGING IN THE DIRTY BIKE CAGE.

I MENTIONED THAT I ALSO KEEP MY INSULIN IN MY FRIDGE AND TO PUT IT INSIDE OFF THAT DIRTY BIKE CAGE IN THE GARAGE WAS UNTHINKABLE.
I ASKED FOR MY COPY AND WAS TOLD THAT IT WOULD BE MAILED TO ME.

ON 5/8/2019 CAPTAIN SCOTT DRISSEL CALLED ME INTO HIS OFFICE AND REPEATED TO ME WHAT I SAID IN MY COMPLAINT AGAINST HIM AND LT ALLAN. TO THE INTERNAL AFFAIRS INVESTIGATION OFFICER.

THIS HAPPENED BECAUSE CAPTAIN SCOTT DRISSEL USED TO BE A LT. IN THE POLICE DEPARTMENT INTERNAL AFFAIRS UNIT SO HIS FRIENDS INFORMED HIM OF THE CONTENT  MY COMPLAINT THAT THEY HAD GOTTEN FROM COMMISSIONER RICHARD ROSS.

THIS IS AGAINST THE POLICE DEPARTMENT POLICY AND PROCEDURES TO INFORM ANYONE ABOUT THE CONTENTS OF THE COMPLAINT AGAINST THEM.

I WAS NOT ALLOWED TO WORK ANY OVERTIME FUNCTIONS AT THE DISTRICT BECAUSE OF THE MY FILING MY COMPLAINT .

I USED TO GET SOME OVERTIME TO CLEAN UP AFTER THERE FUNCTIONS BUT ONCE I FILED MY COMPLAINT WITH COMMISSIONER ROSS IT STOPPED COMPLETELY.

I WAS NOT ALLOWED TO PRAY IN THE POLICE DEPARTMENT BUILDING ANYMORE BECAUSE OF DISCRIMINATION PRACTICE AND RETALIATORY PUNISHMENT FOR FILING MY COMPLAINT WITH COMMISSIONER ROSS.

I WAS NOW WORKING IN A UNHEALTH HOSTILE WORK ENVIRONMENT SO MUCH SO THAT THAT STRESS AND MENTAL ANGUISH CAUSED ME TO SEEK HELP WITH THE CITY OF PHILADELPHIA EMPLOYEES ASSISTANT PROGRAM BUT THAT WAS NO HELP AT ALL.

I KEPT WAITING FOR A COPY OF MY COMPLAINT FROM SGT CONWAY BUT WAS PUT OFF TIME AND TIME AGAIN BECAUSE THE CAPTAIN WANTED A IN-HOUSE RESOLUTION SO THAT HE COULD COVER UP MY COMPLAINT

ON 7/10/2019 I CALLED INTERNAL AFFAIRS TO GET A COPY OF MY COMPLAINT TO GIVE TO MY UNION REP. BUT I WAS TOLD THAT SGT CONWAY WAS ON VACATION AND I HAD TO WAIT FOR HIM TO GIVE OT TO ME.

ON 7/17/2019 I ARRIVED AT WORK 5:00 AM ( MY HOURS ARE 6AM TO 2PM) I STARTED CLEANING UP AND AT 7:00 AM I ASKED POLICE OFFICER BERRAMAN IN CAR # 1222 IF HE COULD GIVE ME A RIDE UP THE STREET TO MCDONALD'S FOR A CUP OF COFFEE.
HE SAID YES. BECAUSE HE DIDN'T HAVE A JOB TO RESPOND TOAND HAD A FEW MINUTES.

I GOT INTO THE FRONT SET OF HIS CAR WITH A ROLL OF BROWN PAPER TOWELS IN MY HAND BECAUSE I WAS ABOUT TO PUR IT IN THE CELL BLOCK WHEN HE SAID COME ON AND I DIDN'T WANT TO MISS THE COURTESY RIDE .

I GOT MY CUP OFF COFFEE AND GOT BACK INSIDE OF THE POLICE CAR I STARTED TO CALL MY MOTHER HOME JUST BEFORE I GOT OUT OF THE CAR.

I THOUGHT THAT I HAD SHUT MY PHONE OFF BEFORE I PUT IT INSIDE OF MY POCKET.

WHEN I GOT OUT OF THE CAR SGT BRIAN MCMENAMIN WAS STANDING OUTSIDE IN HIS CIVILIAN CLOTHES.
SGT MCMENAMIN STARTED YELLING AT ME TO DO NOT EVER ASK ANYONE FOR A FUCKING RIDE AGAIN. DO HE MAKE HIMSELF CLEAR. REPEATING HIS YELLING ORDER FOR ME TO NOT ASK ANY POLICE OFFICER FOR A RIDE AGAIN.
YOU CANT USE THE POLICE CAR FOR YOUR PERSONAL BUSINESS.

I ASKED HIM IF HE HAD SOME KIND OF PREJUDICIAL PROBLEM WITH ME. SGT MCMENAMIN YELLED THAT HE IS NOT TRYING TO HEAR THAT SHIT.
AND REPEATED YELLING AT ME TO NEVER AGAIN ASK ANYONE FOR A RIDE AGAIN. I SAID TO HIM IF YOU HAVE A PROBLEM WITH SOMEONE GIVING ME A RIDE YOU SHOULD TELL THEN INSTEAD OF YELLING AND DISRESPECTING ME.

I THEN WENT INSIDE OF THE POLICE DEPARTMENT BUILDING AND WENT INTO THE OPERATION ROOM AND STARTED TELL THE ON DUTY CORPAL BROWN WHAT HÀPPENED OUTSIDE WITH SGT MCMENAMIN.

SGT MCMENAMIN CAME IN AND APPROACHED ME IN A VERY HOSTILE AND COMBATIVE MANNER WITH HIS FIST BALLED UP.
HE GOT IN MY FACE AND STARTED YELLING AND SCREAMING AT ME.

I STEPPED BACK AND SAID TO HIM THAT YOU ARE NOT GOING TO KEEP ON DISRESPECTING ME.
I DON'T DISRESPECT YOU SO YOUR NOT GOING TO KEEP DISRESPECTING ME.

SGT MCMENAMIN STEP TOWARD ME AGAIN IN AN ASSAULTIVE MANNER AND SAID WHAT THE FUCK WAS I GOING TO DO ABOUT IT IF HE DON'T STOP DISRESPECTING ME  REPEATING IT AGAIN WHAT THE FUCK ARE YOU GOING TO DO ABOUT.

I STEPPED BACKED AND LOOKED AT CORPAL BROWN AND SAID I KNOW WHAT TO DO , I'LL GO DOWN TO P.A.B. AND TO I.A.B.( POLICE ADMINISTRATIVE BUILDING // INTERNAL AFFAIRS BUILDING).

SGT BRIAN MCMENAMIN SAID IN FRONT OF CORPAL BROWN AND POLICE OFFICERS WHITE AND POLICE OFFICERS CASEY AND POLICE OFFICERS GRESHAN THAT HE DON'T GIVE A FUCK WHO I TELL..

I WAS SHOCKED AND TRIED TO EXIT THE ROOM BUT SGT MCMENAMIN WAS STILL COMING AT ME IN A THREATENING COMBATIVE MANNER.
I STEPPED TOWARD CORPAL BROWN AND THEN SIDE STEPPED SO THAT I COULD LEAVE THE ROOM BEFORE I WAS ASSAULTED.

I WENT AND TOLD THE LAST OUT SGT. ABOUT BEING THREATENED.

I WENT AND TOLD POLICE OFFICER ANGIE HALL

I WENT AND INFORMED BY WAY TEXT ADMINISTRATIVE SGT RONALD DAVIS . HE SAID A SGT CAN'T NOT ADDRESS ANOTHER SGT ISSUE AND I HAD TO TELL ADMINISTRATIVE LT RUFF. ONCE HE CAME IN.

I THEN CALLED AND REPORT THE THREAT OF VIOLENCE TO SGT STEPHANIE WILLIAMS AT THE INTERNAL AFFAIRS UNIT AT 7:35AM

I WENT AND CALLED AND TOLD POLICE OFFICER ERIC LEE .

I WENT AND CALLED BRIAN MY DEPARTMENT CREW CHIEF.

I. WENT AND CALLED MY UNION REP.

I WAITED UNTIL ADMINISTRATIVE LT RUFF CAME IN AND TOLD HIM ABOUT SGT MCMENAMIN THREATENING ME IN THE OPERATIONS ROOM.
LT. RUFF ASKED ME IF I WAS GOING TO FILE A COMPLAINT I SAID YES HE THEN ASKED ME TO WAIT UNTIL HE TELLS CAPTAIN SCOTT DRISSEL WHAT HAPPENED.

MY SHOP STEWARD SPOKE WITH LT RUFF THAT SAME DAY AND THEY SET UP A TIME FOR ME TO MAKE A FORMAL WRITTEN STATEMENT ON 7/30/2019.

ON 7/20/2019 AND 7/23/2019
I FILED A FORMAL COMPLAINT WITH COMMISSIONER RICHARD ROSS ABOUT SGT MCMENAMIN THREATENING ME BECAUSE I HAD FILED MY FIRST COMPLAINT AGAINST HIS SQUAD SUPERVISOR LT. TAMIKA  ALLAN

I TOLD AND SUBMITTED TO COMMISSIONER ROSS PROOF OF MY BEING THREATENED BY SGT BRIAN MCMENAMIN ON 7/17/2019 BECAUSE IT WAS ACCIDENTALLY RECORDED ON MY MOTHER ANSWERING MACHINE WHEN SGT MCMENAMIN WAS YELLING AND SCREAMING HIS THREATS OF VIOLENCE.

COMMISSIONER ROSS KNEW FOR FACT FROM THE RECORDING OF SGT MCMENAMIN THREATENING ME ON MY MOTHER ANSWERING MACHINE.

MY MOTHER CALLED ME AND ASKED ME IF I WAS OK BECAUSE SHE HEARD SOMEONE YELLING
AT ME. I DID NOT KNOW IT WAS RECORDED NOR WAS I TRYING TO RECORD HIM BECAUSE I
DIDN'T THINK THAT THIS WAS GOING TO HAPPEN TO ME BUT. IT DID AND IT WAS POSTED ON
YOUTUBE. STRAIGHT FROM MY MOTHERS ANSWERING MACHINE.

ON 7/30/2019
I IN THE PRESENCE OF MY SHOP STEWARD REGINALD COUSAR. I WAS GIVING MY STATEMENT
TO ADMINISTRATIVE LT.RUFF. WHEN  CAPTAIN DRISSEL CAME IN AND TOLD LT RUFF TO PRINT
OUT WHAT I SAID SO FAR IN MY STATEMENT AGAINST SGT MCMENAMIN SO THAT HE COULD
READ IT.

THE LT.DID AS HE WAS ORDERED AND THE CAPTAIN CAME BACK INTO THE LT. OFFICE AND
TOLD THE LT THAT HE MADE TO MANY SPELLING MISTAKE AND HE AS CAPTAIN WAS GOING TO
TAKE OVER FOR HIM.

CAPTAIN SCOTT DRISSEL STARTED TO ASK ME VERY INAPPROPRIATE QUESTION WHEN I WAS
SUPPOSED TO BE JUST GIVING MY STATEMENT.
CAPTAIN DRISSEL SUGGESTED THAT I SHOULD PUT IN FOR A TRANSFER AND IF I WANTED TO
GET TRANSFER TO ANOTHER DISTRICT HE IS HELP ME TO GET TRANSFER  BECAUSE HE SAID
THAT IT'S. STARTING TO GET STALE FOR ME HERE.

CAPTAIN SCOTT DRISSEL THEN SUGGESTED THAT HE SHOULD CHANGE MY HOURS FROM 6AM
TO 9AM.

I ALONG WITH MY SHOP STEWARD ASKED FOR A COPY OF MY STATEMENT AND THEN THE
CAPTAIN TRIED TO INTIMIDATE ME TO DONT SIGN MY STATEMENT AGAINST SGT MCMENAMIN
AND LET HIM HANDLE IT IN HOUSE.
THE CAPTAIN ASKED ME AGAIN AM I SURE THAT I WANT TO SIGN AND IF I SIGN THE STATEMENT
BECAUSE IF I DO THEN  HE CAN NOT CONTROL WHAT WILL HAPPEN TO ME.

THE CAPTAIN THEN ASKED IF I DONT BELIEVE THAT I WAS BEING INSUBORDINATE TO SGT
BRIAN MCMENAMIN AND DID I GET IN HIS FACE SAYING JUST DO SOMETHING.

I SAID NO HE THREATEN ME AND I HAVE WITNESS.

THE CAPTAIN THEN REPEATED HIS INTIMIDATION BY SAYING THAT IF DON'T LET HIM HANDLE IT
IN HOUSE AND SIGN MY STATEMENT THEN HE CANT SAY WHAT WILL HAPPEN TO ME.

I SAID I WANT TO SIGN MY STATEMENT AGAINST SGT MCMENAMIN AND I WANT A COPY.

THE CAPTAIN LET ME SIGN MY NAME AND I THINK MY SHOP STEWARD SIGNED HIS NAME ALSO
BUT THE CAPTAIN REFUSED TO GIVE ME A COPY OF MY STATEMENT ABOUT BEING
THREATENED ON 7/17/2019 BY SGT MCMENAMIN.

ON 8/2019 THE LAST OUT SGT WHOM I TOLD ABOUT BEING THREATENED BY SGT MCMENAMIN,
HIS SUPERVISOR LT.SHAUN BUTTS GAVE ME A GOOD EMPLOYEES EVAULATION AND HE KNEW
THAT SGT MCMENAMIN THREATENED ME ON BEHALF OF HIS SUPERVISOR LT TAMIKA ALLAN.

ON 9/2019 THE ADMINISTRATIVE STAFF THAT I REPORTED TO ABOUT BEING THREATEN BY SGT.
MCMENAMIN BOTH GAVE ME A GOOD EMPLOYEE EVALUATION

ADMINISTRATIVE SGT RONALD DAVIS TEXT MESSAGES AND ADMINISTRATIVE LT RUFF WHOM
ASKED ME TO WAIT UNTIL HE TELLS CAPTAIN SCOTT DRISSEL ABOUT SGT MCMENAMIN
THREATENING ME. KNEW THAT SGT BRIAN MCMENAMIN DID IN FACT THREATEN ME ON
7/17/2019
THAT IS WHY THEY BOTH GAVE ME A GOOD EMPLOYEES EVAULATION IN SEPTEMBER 2019
ALMOST TWO MONTHS AFTER IT HAPPENED.

COMMISSIONER RICHARD ROSS QUIT THE POLICE DEPARTMENT AND ONCE THIS HAPPENED
INSPECTOR CHRISTOPHER FLACCO FROM THE POLICE DEPARTMENT INTERNAL AFFAIRS UNIT
DISREGARD POLICE POLICY AND SENT MY FIRST COMPLAINT TO CAPTAIN DRISSEL TO COVER
UP.

ON 10/3/2019 CAPTAIN SCOTT DRISSEL DELIBERATELY FILED FALSE RETALIATORY CHARGES
AGAINST ME.
CONDUCT UNBECOMING A POLICE OFFICER AND PUT ME IN TO BE FIRED.

WITH INTERNAL AFFAIRS IN HIS POCKET HE IS FREE TO VOILATE MY CIVIL AND CONSITUTIONAL
RIGHTS WITHOUT FEAR OF ACCOUNTABILITY.

I HAD TO TAKE A LEAVE OF ABSENCE BECAUSE THE INFLICTED RETALIATORY MENTAL
ANGUISH AND STRESS WAS GETTING UNBEARABLE TO DEAL WITH EVERY DAY I GO TO WORK I
HAD FEAR OF MORE RETALIATORY PUNISHMENT.
I FEARED OF HAVE MORE RETALIATORY CHARGES FILED AGAINST ME BUT THIS TIME IT WOULD
BE LIKE SOMEONE LYING THAT I TOOK SOMEONE GUN.
THE IMPENDING DOOM AND MORE DELIBERATE RETALIATORY ACTIONS AGAINST ME.
TO SHOW DELIBERATE INDIFFERENCE TO MY CIVIL AND CONSITUTIONAL RIGHT BECAUSE I
FILED A MEANINGFUL COMPLAINT.

I WOULD HAVE BEEN HAPPY IF THE CAPTAIN ACTED PROPERLY AND FAIRLY ALONG WITH THE
POLICE ADMINISTRATION OFFICIALS PUTTING WHAT LT ALLAN DID IN HER RECORDS.
BUT THAT WAS TO MUCH TO HOPE FOR IN THE FORM OF ADMINISTRATIVE REMEDIES.

I FILED A COMPLAINT WITH THE POLICE DEPARTMENT INTERNAL AFFAIRS UNIT SGT STEPHANIE
WILLIAMS.

I FILED A COMPLAINT WITH THE STATE PHRC.

I FILED A COMPLAINT WITH OIG.

I FILED A COMPLAINT WITH THE POLICE ADVISORY COMMITTEE

I FILED A COMPLAINT WITH THE EEOC.
MR COLEMAN SAID THAT THE CITY WAS NOT COOPERATING WIRH THE INVESTIGATION AND HE
WAS STILL GOING FORWARD.
THEN MY CLAIM WAS ASSIGNED TO ANOTHER INVESTIGATOR WHOM RECIEVED A STATEMENT
FROM THE CITY SOLICITOR OFFICE SAYING THAT LT. ALLAN WOULD CURSED ME OUT EVEN
THOUGH I HAVE RIGHT AND SGT MCMENAMIN WOULD HAVE THREATENED ME EVEN IF I DID
NOT FILE A COMPLAINT AGAINST HIS SUPERVISOR
AND CAPTAIN SCOTT DRISSEL WOULD HAVE FILED THOSE RETALIATORY FALSE CHARGES
EVEN IF I DIDN'T GO ALONG WITH HIS INTIMIDATION AND NOT FILED A COMPLAINT ABOUT
DISCRIMINATION AND RETALIATORY PUNISHMENT THAT HE HIMSELF SUBJECTED ME TO WHILE
WORKING AT THE 12TH DISTRICT PHILADELPHIA POLICE DEPARTMENT.

TO SAY THE DEFENDANTS ACTION WOULD HAVE HAPPENED ANY WAY WITHOUT MY FILING A
COMPLAINT WITH COMMISSIONER ROSS IS THE REASON WHY THE DEFENDANTS VICTIMIZE
THERE VICTIMS.

I WOULD HAVE HAD TO DO SOMETHING WRONG FOR THE DEFENDANTS ACTION AGAINST ME
TO BE LEGAL.
FILING A COMPLAINT IS IT WRONG?
AN COMPLAINT ABOUT VERBAL ABUSE AND RETALIATORY HARASSMENT IS WRONG?

AN COMPLAINT ABOUT RELIGION DISCRIMINATION THAT COME FROM RETALIATORY
PUNISHMENT FOR FILING THE COMPLAINT IN THE FIRST PLACE

AN COMPLAINT ABOUT BEING THREATENED WITH VIOLENCE BECAUSE I DARED TO FILE A COMPLAINT AGAINST HIS SUPERVISOR?

A COMPLAINT ABOUT HAVING A PHILADELPHIA POLICE DEPARTMENT CAPTAIN SHOWING DELIBERATE INDIFFERENCE TO MY CIVIL RIGHTS AND CONSITUTIONAL RIGHT WHEN HE KNOWNLY FILED THOSE FALSE RETALIATORY CHARGES AGAINST ME AND THEN PUTTING ME IN TO BE FIRED, ALL BECAUSE I REFUSED HIS IN HOUSE RESOLUTION COVER UP REMEDY AND FILED MY COMPLAINT WITH COMMISSIONER ROSS.

THE SAVING PART FOR ME IS THAT THE CAPTAIN DIDN'T KNOW THAT COMMISSIONER ROSS ALREADY KNEW ABOUT THE AUDIO OF SGT MCMENAMIN THREATENING ME ON MY MOTHER ANSWERING MACHINE BEFORE HE FILED THOSE FALSE RETALIATORY CHARGES AGAINST ME TRYING TO LIE AND SAY THAT WHAT THE SGT DID TO ME HAPPENED THE OTHER WAY AROUND.

COMMISSIONER ROSS AND THE ANSWERING MACHINE RECORDING WHICH HE RECEIVED ON 7/20/2019 AND 7/23/2019 THEN CAPTAIN SCOTT DRISSEL. DELIBERATELY FILING THOSE FALSE RETALIATORY PUNISHMENT CHARGES.

I WAS GIVEN A RIGHT TO SUE LETTER FROM THE EEOC.

I HAVE STATED A MEANINGFUL AND TRUTHFUL CIVIL RIGHT VIOLATION CLAIM AGAINST THE DEFENDANTS AND THE CITY OF PHILADELPHIA POLICE DEPARTMENT.

TO BE PUNISHED BECAUSE I OBJECTED TO THE VIOLATIONS OF MY CONSISTUTIONAL RIGHTS

I HAVE THE RIGHT  TO BE FREE TOO FILE A COMPLAINT. UNDER THE FIRST AMENDMENT AND 14TH AMENDMENT.

FREEDOM OF SPEECH WHISTLE BLOWING  AND EXHAUSTION OF ADMINISTRATIVE REMEDIES FOR ACCESS TO COURTS.

THE FREEDOM FROM RETALIATORY PUNUSHMENT BECAUSE I COMPLAINED ABOUT RELIGIOUS DISCRIMINATION WHEN I FILED A COMPLAINT WITH FORMER COMMISSIONER RICHARD ROSS.

FREEDOM FROM THE DELIBERATE INFLICTION OF RETALIATORY PUNISHMENT THAT CAUSED ME TO SUFFER TREMENDOUSLY

. I NEVER HAD TO TAKE MEDICINE FOR PTSD MENTAL HEALTH AND WITH THOSE FALSE RETALIATORY CHARGES OF CONDUCT UNBECOMING A POLICE OFFICER IS AWAITING ME ONCE I RETURN BACK TO WORK IS TRULY CRULE MENTAL ANGUISH AND STRESS THIS HAS CAUSED ME SEVER DEPRESSION AND ANXIETY FROM THE DEFENDANTS WANTON ABUES OF AUTHORITY .
THE INFLICTION RETALIATORY PUNISHMENT BECAUSE I ACTED ON MY PROTECTED CIVIL AND CONSITUTIONAL RIGHTS IS CRULE AND UNUSUAL PUNISHMENT THAT ONLY THIS COURT CAN ADDRESS.

I WAS EMPLOYED AS A CIVILIAN EMPLOYEE IN 2012. NEVER LATE NEVER WRITTEN UP AND NOW I AM CHARGED WITH CONDUCT UNBECOMING A POLICE OFFICER WHEN I AM NOT NOR EVER BEEN A POLICE OFFICER.

I CAN PROVE MY CLAIM IN COURT THAT IS WHY THEY PUNISHED ME FOR TRYING TO EXHAUST ADMINISTRATIVE REMEDIES WITH THE PHILADELPHIA POLICE DEPARTMENT ADMINISTRATIVE OFFICIAL BUT ONCE THE COMMISSIONER QUIT THE
A COMPLAINT THAT THE COMMISSIONER GIVES TO INTERNAL AFFAIRS TO INVESTIGATE IS SUPPOSED TO GO BACK TO HIM OR THE DEPUTIES COMMISSIONER.
FOR INSPECTOR CHRISTOPHER FLACCO TO SEND MY FIRST COMPLAINT FROM INTERNAL AFFAIRS TO CAPTAIN SCOTT DRISSEL TO HANDLE IS CLEAR TO THE STEPS THAT THEY WILL TAKE TO COVERUP THE CIVIL RIGHTS VIOLATIONS THAT THEY DELIBERATELY INFLICTED ON ME.

Gmail - Fwd:

CAN THE CAPTAIN INVESTIGATE HIS OWN ACT OF BIASNESS RELIGOUS DISCRIMINATION AND RETALIATORY PUNISHMENT.

THE INTERNAL AFFAIRS DEPARTMENT INSEPTOR FLACCO SAY HE CAN AND THIS WAS AGAINST POLICE DEPARTMENT POLICY AND PROCEDURES SEND MY COMPLAINT TO HIS FRIEND AND FORMER SUBORDINATE SCOTT DRISSEL TO COVER UP INSTEAD OF FOLLOWING PROTCAL AND SENDING IT BACK TO THE COMMMISSIONER OFFICE AND THAT IS WHY DEFENDANTS CAPTAIN SCOTT DRISSEL. DELIBERATELY FILED THOSE RETALIATORY FALSE CHARGES AGAINST ME.

*Timothy Bott*

3-24-2020

PRO-SE

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. STRESS and Mental Anguish while working in the hostile and Retalitory Environmental

1. Lose of time
2. Lose of Income
3. Had to use Personal time Istead of work Related injury Compen
4. Had to go out on a unpaid leave of absence because suffering from PTSD that was deliberately inflicted by way of Retalitory punishment and

**V.    Relief:** False Charges filed against me Religous Discrim. Could not pray anymor

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

1. For the Defendants to be Fired
2. All of my time given back to me
3. transfer to another City dept
4. Additional time off with pay to continue mental Health treatmen
5. All Lossed earned time Returned
6. The false Retalitory Charge Dismiss
7. 500,000 dollar Compensatory
8. 750,000 Punitive damage for the deliberately indifference to my constitutional and civils Rights) to be from from Retalitory punishment and Retalitory Discrim. because I filed a complaint to Commissioner Ross against the Defendant herein All court cost and fee

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of _March_ _____, 20 20

Signature of Plaintiff _Timothy Booth_

Mailing Address _4215 Fybert_
_Phila Pa. 19104_

Telephone Number _267-886-0513_

Fax Number *(if you have one)* _____

E-mail Address _timothyBooth@gma_
_.com_

_Murphy Booth_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20 _____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

**Note:**

**This Designation Form must be <u>signed</u> before submission to the Clerk's Office *or a case number will not be assigned*.**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _4215 Filbert St Phila. PA. 19104_

Address of Defendant: _6448 Woodland Ave Phila. PA. 19142_

Place of Accident, Incident or Transaction: _6448 Woodland Ave (12th) District Phila PA. 19142_

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?
   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _3/24/2020_     _Pro-se Timothy Booth Timothy Booth_
_____   _____
Attorney-at-Law / Pro Se Plaintiff          Attorney I.D. # (if applicable)

---

**CIVIL: (Place a √ in one category only)**

**A.**     *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☑ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
     *(Please specify):* _____

**B.**     *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
     *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or pro se plaintiff*, do hereby certify:

- ☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

- ☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                                Attorney-at-Law / Pro Se Plaintiff          Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

*Timothy Booth*

v.

*Phila. Police Dept.*

CIVIL ACTION

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                     ( )

*Jury Tri*

(f) Standard Management – Cases that do not fall into any one of the other tracks.          ( )

*3/24/2020*                                           *Timothy Booth*
Date                                                  *Timothy Booth Pro-Se*
Pro Se Plaintiff

*267-886-2513*                                        *timothy Booth*
Telephone                 ~~FAX Number~~              E-Mail Address *21@gMAil.coM*

(Civ. 660) 10/02

*Timothy Booth21@gMAil.co*

## Civil Justice Expense and Delay Reduction Plan
### Section 1:03 - Assignment to a Management Track

(a)        The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)        In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)        The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)        Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)        Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

## SPECIAL MANAGEMENT CASE ASSIGNMENTS
### (See §1.02 (e) Management Track Definitions of the
### Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors:  (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

Retalitory Punishment
For Filing Complaints
With Commissioner Ross
Against the Defendants
HEREIN

# EXHIBIT "A"

 **Gmail**                                   Timothy Boothe <timothybooth21@gmail.com>

---

## Fwd: Sgt McMenamin threatening me was accidently recorded on my mother answering machine

2 messages

---

**Timothy Boothe** <timothybooth21@gmail.com>

---

---------- Forwarded message ---------
From: **Timothy Boothe** <timothybooth21@gmail.com>

Subject: Fwd: Sgt McMenamin threatening me was accidently recorded on my mother answering machine
To: timothybooth21@gmail com <timothybooth21@gmail.com>


Date: july 23, 2019, 10:00 AM
Subject: Sgt Mcmenamin threatening me was Accidently recorded on my mother answering machine
To: Commissioner Richard Ross


Commissioner Ross

Sir my name is Timothy Booth i gave me complaint against Sgt Brian Mcmenamin to on 7/20/19

I was informed by my mother that on her answering machine there is someone yelling at me.

As i said i was calling my mother on 7/17/19 when i had gotten out of the police car.
I put my cellphone in my pocket and it recorded Sgt Mcmenamin threatening me.

Please sir listen to the recording and help me.

As i said i don't trust the captain because he accused me of being insubordinate to Lt Allan when
she was the one that cursed me out and slammed the door in my face.
Sir she said that she was going to keep putting the lock on my door to teach me a lesson

Please Commissioner Ross
I need help because i am working in a hostile work environment .
Threatening me because i filed a complaint with you against his supervisor.

Dated 7/23/19
Police Commissioner Richard Ross
Mail box and mail to P.A.B

From Timothy Booth 276541

# PBI Foldering Trigger

## Officer/Employee

**Payroll Number***
276541

**Badge***
0

**First Name***
TIMOTHY

**Last Name***
BOOTH

**Age***
56

**Race***
BLACK OR AFRICAN AMERICAN

**Gender***
M

**Unit Code***
1200

**Unit Name***
12TH DISTRICT

**Rank***
CIV

**Appointment Date***
09/03/2012

**Commanding Officer***

## Charges

**Section**
1-§001-10

**Article**
I

**Description**
CONDUCT UNBECOMING

**Charge**
UNSPECIFIED

**Offense Number**
1ST OFFENSE

**Penalty Range**
REPRIMAND TO DISMISSAL

**Reckoning Period**
DURATION OF EMPLOYMENT

**Specification**

## Incident

**Source Number***
CO REQ

| Incident Date* | Created On | Status | PBI Number | Request Type* |
|---|---|---|---|---|
| | | SUBMITTED | 19-1136 | COMMANDING OFFICER (CO) |

**PBI Comments**

# STATEMENT OF CHARGES FILED AND ACTIONS TAKEN

*SGT Threaten me on the Captain Retaliated against me because I Refuse In house Resolution on filed another complaint with Commissioner Ross*

**PBI Number**
19-1136

**Date**
10 02 2019

## TO: POLICE COMMISSIONER

| | | |
|---|---|---|
| **Filed Against**<br>CIV TIMOTHY BOOTH #0 | **Unit Code**<br>1200 | **Unit Name**<br>12TH DISTRICT |
| **Date of Appointment**<br>09/03/2012 | **Payroll Number**<br>276541 | **DATES OF VACATION, MIL. LEAVE, ETC.** |

*Transfer may be part of the formal disciplinary process*

## Charges

| | | |
|---|---|---|
| **ARTICLE** | I | CONDUCT UNBECOMING |
| **CHARGE** | 1-§001-10 | UNSPECIFIED |
| **WITNESS** | | CAPTAIN SCOTT DRISSEL #99, CO12 |

**Please select a Plea for this Charge** *
☑ I Plead NOT GUILTY and Request a Hearing ☐ I Plead GUILTY and Waive a Hearing

## Specification

On 7-17-19, you became loud, belligerent, and aggressive toward a Sergeant following his direction and orders regarding use of patrol cars for personal purposes. Statements from witnesses indicate that your level of aggressiveness escalated to a degree such that you approached the Sergeant and placed your body and face within inches of his, arms spread out, and stated "do something, do something", communicating an invitation to elevate the confrontation even further.

| | |
|---|---|
| **APPROVED BY C/O CHARGING UNIT**<br>INSPECTOR D F PACE – 10/03/2019 12:27:26 PM | **PRESENTED BY DISTRICT/UNIT COMMANDER**<br>Scott Drissel – 10/03/2019 12:11:28 PM |

**RECEIVED BY (Signature of Accused)**

*This was Done After Commissioner Ross Quit, But he had the Bullio of me being threaten by the SGT*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

801 Market Street
Penthouse, Suite 1300
Philadelphia, PA 19107-3127
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Our Reference:       EEOC Charge No. 530-2020-00158
                     Timothy Booth v. Philadelphia Police Administration

Timothy Booth
4215 Filbert Street
Philadelphia, PA 19104

Dear Mr. Booth:

This letter is submitted to you to explain the Commission's findings in the referenced charge. After careful review of the evidence which was provided by you, it does not appear that further investigation by the Equal Employment Opportunity Commission (EEOC) will result in a finding in your favor. The EEOC enforces laws that prohibit an employer from making decisions about its employees on the basis of race, color, sex, religion, national origin, age (if the employee is over the age of 40) or because of a disabling condition.

It is also unlawful to fire, demote, harass, or otherwise "retaliate" against people because they file a charge of discrimination, because the complained about discrimination or they participated in an employment discrimination proceeding.

You allege that you were subjected to harassment, intimidation and disciplinary action because of your race, religion, and in retaliation for engaging in a protected activity. Respondent asserts that you and a Respondent Management Official (RMO) were involved in a verbal incident regarding you asking an on-duty police officer for a ride to a restaurant. The evidence provided shows that you are currently employed with Respondent in the position of Custodial employee beginning in September 2012. On July 17, 2019, you were involved in a verbal incident with an RMO regarding getting rides by on-duty officers to stores and restaurants for personal items. The RMO McMenamin asked you not to ask his officers for rides anymore. On September 20, 2019, you filed an EEO complaint with Respondent. On October 3, 2019, Respondent issued you a disciplinary action that stated "Conduct Unbecoming" for the incident that occurred on July 17, 2019. There was no evidence provided to show that you were subjected to an adverse employment action. There also was no evidence provided to show that you were treated unfavorably by Respondent because of your race, religion and/or in retaliation for engaging in a protected activity. Therefore, a violation of the statute did not occur by Respondent.

While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence and the laws we enforce. Because there is no evidence of a violation of the laws enforced by the Commission, we will issue you a Dismissal and Notice of Rights which will enable you to file suit in U.S. District Court within 90 days of your receipt of that Notice if you wish to pursue this matter further.

After your file has been closed, should you wish to obtain a copy of the administrative file for this charge, please write to the following address to make such a request.  You must do so within the above-referenced 90-day period, which can be extended if you do file a lawsuit in court concerning this matter.  Please be advised that there may be a fee if you make such a request for file disclosure.

> Coralie Torres
> Records Disclosure Coordinator
> EEOC-Philadelphia District Office
> 801 Market St., Suite 1300
> Philadelphia, PA 19107
>
> or
>
> www.eeoc.gov – Submit a Freedom of Information Act Request or Appeal

We regret that we could not be of further service to you in this matter.

Sincerely,

02/20/2020
Date

//SIGNED//
Kevin A. Coleman
Federal Investigator

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 530-2020-00158 |

| **Pennsylvania Human Relations Commission** | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Timothy Booth** | **(267) 886-2513** | **1963** |

Street Address                                   City, State and ZIP Code

**4215 Filbert Street, Philadelphia, PA 19104**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **PHILADELPHIA POLICE ADMINISTRATION** | **500 or More** | |

Street Address                                   City, State and ZIP Code

**8th And Race,  Phila, PA 19106**

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☒ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **07-17-2019**    Latest **10-08-2019**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am currently employed by Respondent as a Custodial. I began with Respondent in September 2012. I am an African American male. I also observe the religion of Islam. I wear a Kufi on my head and a beard while employed with Respondent. I am a above satisfactory employee with no disciplinary issues throughout my employment. On July 17, 2019, I arrived a work a 5:20am to start my normal work day. At 7:25am, I got a ride from PO Bernamen (Car #1222) to go to the store to get food items for the other officers on shift. This is a common practice that is known by Respondent Management Officials (RMOs) at the department since I have been there since 2014. When I returned to work, I was greeted by Sgt. McMenamin (White). Sgt. McMenamin was standing outside in his civilian clothes. Sgt. McMenamin became belligerent and approached me in a threatening manner stating "Don't ask any police officer for a ride. Do I make myself clear." I asked Sgt. McMenamin not to yell and scream at me in front of other officers. I went inside the building and informed Corporal Brown what had happened. Sgt. McMenamin came in yelling at me again. Sgt McMenamin got in my face with his fist balled up and said "What are you gonna do about it." This was witnessed by PO Casey, PO Gretchen, and PO White. I filed on complaint of harassment with Respondent Internal Affairs. However, on October 2, 2019, I received disciplinary action stating that I approached Sgt. McMenamin in a threatening manner. I have never had a personal conversation with Sgt. McMenamin and I have no reason to approach him. I don't even know him. Respondent's disciplinary action is pretext to show that Sgt. McMenamin approached me in a threatening manner.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Oct 08, 2019**     _[signature]_<br>Date             Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |



pennsylvania
HUMAN RELATIONS COMMISSION

PHRC

August 07, 2019

Timothy Booth
6315 Talbot Street
Philadelphia, PA 19104

Re:   Timothy Booth Vs. City of Philadelphia/Philadelphia Police Department
       Case No. 201900484

Dear Timothy Booth,

This letter is to acknowledge receipt of your questionnaire/letter in the Philadelphia Regional
Office on August 6, 2019.

Thank you for contacting our office regarding your concern. Please note that in order to insure a
efficient and fair method of processing all of the documents received in our office, all of the
documents we receive are assessed on a "first-come, first-served" basis.

We anticipate assessing your document **within 9 to 12 months** of its receipt. After your
questionnaire has been assessed, you will be contacted by a member of the Intake Staff as to
whether the Commission has jurisdiction to assist you. If our staff determines we need additional
information to proceed or that we do not have jurisdiction over your complaint, you will be
notified of such at that time.

       Again, thank you for contacting us, and we appreciate your patience with our processes.

Respectfully,

Nicole Wilson-Gonsalves
Clerk Typist II
215-965-7745



YAHOO! MAIL

| | |
|---|---|
| **Subject** | Fwd: Threat of violence |
| **From** | Timothy Boothe <timothybooth21@gmail.com> |
| **To:** | Abdullah Mutawakil B <timothybooth75@yahoo.com> |
| **Date** | Tue, Jul 23, 2019 at 10:15 AM |

---------- Forwarded message ---------
From:**Timothy Booth** <timothybooth75@yahoo.com>
Date: Tue, Jul 23, 2019, 8:15 AM
Subject: Threat of violence
To: Timothy Booth <timothybooth21@gmail.com>

Hello Commissioner Ross,

My name is Timothy Booth 276541.

I am a custodial work and I'm assigned to the 12 th district.

I last spoke with about LT. Tamika  Allan repeated verbal abuse along with other issues at the 12th district.

Sir you Sent my grievance to internal affairs Sgt. Conway.

I've not received a copy of my statement to him but the captain here said that my complaint was set back to him.

I had stated that I didn't think the captain would be fair in handling my complaint against It Allan because he accused me of being insubordinate without asking me what happened. Yes I get verbally abused and then get yelled at for being verbal abused.

Know one has of today spoke with Inspector Beufort or his drive police officer Eric Lee about Lt. Allan cursing me out .
Captain Driscoll nor Sgt Conway. They want to sweep this under the rug.

The reason I'm contacting you is because of a resent incident here.
Last week on the 12 of July a starter working at 5:20am and at 7:25am I asked a police officer if he could give me a ride up the street to McDonald's for a cup of

coffee.

The officer gave me a ride and when I came back a Sgt. Brian McMenmin  was standing outside of the building in his civilian clothes.
 Sgt McMenmin started yelling at saying that I can not ask any office for a ride any where and if I wanted something I had to do it on my own.
Do I make myself clear .

I said you shouldn't be yelling at me and if he didn't want any cops in his squad to give me a ride then he should tell them instead of yelling at me.

He said no I'm telling you don't ask them for nothing.

I asked Sgt McMenmin if he had some kind of prejudicial problem with .

He said that he not trying to here that shit .

I went inside and started telling the Corporal Brown whom was on duty what happened and then Sgt McMenmin came inside of the operation room yelling at me i said don't ask anyone for a ride and do he make himself clear.

I thought that i do have freedom of speech but when someone looks at you in a prejudicial and retaliatory manner.
They feel that they can say and do anything especially when there fear of true accountability.

I said Sgt i don't disrespect you so you're not going to keep talking to me like that.

Sgt.Brian McMenmin got in my face in an aggressive and  combative manner saying that he was going to keep on talking to me that why and asked what was I going to do about it.

He balded his fists up and repeated that he was going to keep talking to me in the same manner and said again "what was i going to do about it"!

I said that I know what to do, I will go file a complaint down P.A.B. And I.A.B..

Sgt Brian McMenmin said that "he don't give a fuck." And stated blocking my exit from operation room in a hostile aggressive manner.



I had my cup of coffee in one hand a a roll of brown paper towels in the other.

Stepped back and turned towards the Corporal Brown and then side stepped sgt. McMenmin in order to leave the room.

I went and informed officer Angie hall in the captain office
I call the custodial supervisor at P.A.B
I called my union rep.
I sent Administrative Sgt. Ronald David a text message informing him
I call inspector Beufort drive , officer Eric lee..

I truly thought Sgt McMenmin was going to assault me.

I truly believe that he has a problem with being my muslim and working for the police department,  I know that the way he has treated me since I filed a grievance against his Lt. Allan has been in a retaliatory and prejudicial fashion.

When I told him that I was going to the police administrative building and internal affairs he said that the don't " give a fuck".

This means that i'm not The only one that he has contempt for, because he has know respect for the inspectors, the deputies commissioners nor you Commissioner Ross.

I spoke with the captain here and I told him that I don't what to handle this situation in house because it will only get sweeped under the rug, covered up..

you sir have personal knowledge of me as an employee from when I used to work at 8th and race , I never disrespected anyone not do I bother anyone. I don't even yell or yell back at anyone but rather i stop speaking.

To be subject to verbal twice by Lt Allan and then when I filed a complaint i get victimized and retaliated against.

Has anyone looked at the camera that day?

Has anyone spoken with Inspector Beaufort about Lt conduct toward me.

Has anyone spoken with police officer Eric Lee the Inspector driver on what he witnessed when i was verbally abused

3

To verbal abuse me repeatedly is unacceptable but to threaten me with physical violence because someone gave me a ride to get a cup of coffee from McDonald's up the street is truly a hostile work environment.

I hoping that this time you will personally do something about the abuse that I've been subjected to.

Please I do fear for my health and safety every two week out of ever month when Lt.Allan and Sgt Mcmenmin are working but especially now I don't know what Sgt. Brian McMenmin will to me next.

I'm meeting with my union rep Mr.Nelson this Thursday 7/25/19.

Media posting aren't nothing compared to physical treat of violence that I've been subjected to at the hands of Sgt Brian McMenmin.

I don't think that internal affairs will do anything meaning because the last incidents they sent my complaint back to Captain Driscoll whom accused me of insubordination with out asking me what happened. There are two side to an event and when one side is heard over the other and before the other can state what happened is unfair.


Physical threats of violence
Hostile work environment
Harassment
Discrimination based on religion
Retaliatory measures

Date 7/20/2019.                    Timothy Booth
276541
Custodial dept.


Sent from Yahoo Mail on Androi





## Fwd: Fw: Room and prayer rug

1 message

**Timothy Boothe** <timothybooth21@gmail.com>
To: Abdullah Mutawakil B <timothybooth21@gmail.com>

**To:** "Timothy Booth" <timothybooth21@gmail.com>
**Sent:** Thu, Mar 21, 2019 at 12:13 PM
**Subject:** Fw: Room and prayer rug

To Commissioner Ross

Sir my name is Timothy Booth,

I spoke with you The other day about being verbally abuse repeatedly by Lt. Allan at the 12th district

IF you recall I informed you that Inspector DeShawn Beaufort knew about her cursing me out when he was Captain here at the 12th district .

Here is my statement of abuse and harassment that she has subjected me to.
I don't believe that she will completely stop treating me in a disrespectful manner as long as it only addressed in house / by the captain at the district.

As a said Inspector Beufort and his drive police officers Eric Lee can tell you about her conduct towards me last year this time.

The city of Philadelphia designated the room in the basement as the janitor supplies room but when i was transferred to the 12th district in 2014 it was being used to store police department property recipe and assignment sheets along with the crossing guard material.



I was allowed to use that room as my break room to put my microwave and mini fridge in there so that i would not have to ask any of the police staff for permission to use there's.

I'm Muslim and i had my islamic prayer rug in there because i could use it on my time. Meaning i could take it to the masjid before work and use it to pray on or after work and then bring it back placing it in the room so that i don't have to carry it with me every day.

I was in that room for 3 years with no problem as to my using it as my break room.

The police officer raided a speak eazy and confiscated liquor last year and placed it in the cell blocks on the women side .

Retired officer Charles Hendricks and myself moved the liquor downstairs to a room because the cell blocks were being inspected and it was said by former Captain Beaufort for the liquor to be moved to the evidence locker at erie ave where it was supposed to have been after it was confiscated.

Last week on Thursday police officer a Joe short told me about 1:00 pm that i had to get all of my stuff out of the room because they wanted to use the allotted janitor supplies room as an evidence storage room.

He said that they was going to put the liquor in the room and i as a janitor could not be in the room with the evidence.

I knew that what he said was an insult because when i started at the Police Administration Building i was assigned to clean both room that they stored the confiscated drugs and while cleaned these two room in the basement i didn't have anyone standing over me watching me because i was trusted not to do anything wrong to which i didn't.

I also went down to erie ave evidence storage and had to clean the confiscated firearms cage/ room / locker without any one telling me that i could not be alone in there.

I tried to get my stuff and figure where to put it because it was short notice. I call one of my friends and took my coat and mini fridge and other stuff that i had in there over the 3 years that i was using it as my break room.

I left my food storage bins and my microwave and my prayer rug in the room when i left for the day
I didn't work that Friday but when i came in on Monday police officer joe short put my food and my microwave in the dirty bike cage in the garage.

I told katrina Giddings that i could not find my prayer rug after they moved it from the room.

Yes this was wrong of him to do this and for any of the supervisory staff here at the 12th district to ok this act of Blanton disregard for me and my property was wrong, I kind of believe that it had something to do with Lt Allan teaching me a retaliation lesson for the locker room begin left open .

There was no regard to my property or me as a city of Philadelphia police department civilian employee . it was done in a disrespectful manner.

They could have waited until Monday or put my food and microwave some place clean inside of the building.
I keep my insulin Supplies in the food bins.


There is a solution to this because I can't take my break in the roll call room because of the meeting and school intervention meeting and the regular police staff using it.

I can't use the locker rooms or the cell block nor the boiler room because of people getting undressed and people urinating along with public property telly the former Captain Mahoney I couldn't use there room. I could clean it but not use it.

I not a slave and I shouldn't be treated like I was one of something beneath a police officer shoe.

I removed everything room the mop room behind the women locker room to try and stop Lt. Allan from cursing at me and then fabricating what happened to cause her to justify her verbal abuse.

They can use that room to store any evidence that they do feel like taking down to Erie Ave and keep it in there for as long as they like.

The liquor can be locked in the cell because it has to be opened with a key and they they can add double security by put a new pad lock on the outer room door .

There is a solution but it will have to come the Police Administrative building because the way that I'm being treated here is almost criminal is because of my complaint against Lt Tamika Allan that i gave to you.

2 attachments

speak easy property.jpg
892 KB

Whistle blowing and
Filing Complaint are
Protected by law



**confiscated from speak easy , drunk cops on duty.jpg**
5.4 MB



confiscated from speak easy , drunk cops on duty.jpg



beer from speak.jpg



beer .drunk in bike cagejpg



20190318_053657.jpg







Medical finding About the Injuries That the Defendants Delibrately Inflicted on Me For months Causing me to Suffer From P.T.S.D).

# EXHIBIT "B"

# MEMORANDUM

# CITY OF PHILADELPHIA

# EMPLOYEE ASSITANCE PROGRAM

**TO:** Doris Haddi, Custodial Supervisor

**FROM:** Yvonne Garner, EAP Coordinator

**DATE:** 10/10/19

This is to verify _____Timothy Booth_____

Payroll number ___276541_____ had an appointment at EAP Office today on Thursday 10, 2019.

This is the second visit that Mr. Booth came into my office to discuss the stress and strain that the job continues to implement upon him on a daily bases. Mr. Booth has tried continually to handle these different stressful situation by coming by my office, but up to today's date still suffering with stressful encounters at his present job site.

Yvonne Garner, BS

Employee Assistance Coordinator

Telephone: 215-685-2619

Fax: 215-685-2620

# MEMORANDUM

**POLICE
CITY OF PHILADELPHIA
DATE: 01-02-20**

TO        :  Personnel Officer

FROM    :  Civilian Timothy Booth, PR #276541, 12th District

SUBJECT :  **REQUEST FOR A MEDICAL LEAVE OF ABSENCE**

1. I, Civilian Timothy Booth, respectfully request a Medical Leave of Absence due to Anxiety Syndrome and Depression.

2. Attach please find a doctor's note from my physician, Onuorah Umeh MD, 3001 Walnut Street, Philadelphia, PA.

3. Your consideration in this matter is greatly appreciated.


Timothy Booth
Custodian
12th District

# Phillip C. Bennett, Ph.D.
**Licensed Psychologist**

**1528 Walnut Street**
**Suite 1706**
**Philadelphia, PA 19102**

January 30, 2020

To Whom It May Concern,

I have been seeing Mr. Timothy Booth for individual psychotherapy since December 19, 2019.

My. Booth suffers from marked anxiety which he attributes to work-related stressors which have resulted in his taking a leave of absence from his job. He continues to deal with anxiety and is seeing me regularly for treatment.

Sincerely,

Phillip C. Bennett, Ph.D.

**Phone: 610-716-1756**
**Fax: 215-951-6273**
**DrPhillipBennett@gmail.com**
**www.DrPhillipBennett.com**

ONYORAH UmeH. MD.

**J.F.K. MEDICAL CENTER**
3001 Walnut Streets
PHILADELPHIA, PA 19104 - 215-386-3556

DATE 1/3/2020

NAME Booth Timothy     AGE 9/18/63

ADDRESS _____

**Rx**

Timothy Booth is currently
under medical care
Anxiety Syndrome and depression
He cannot return to work a
this time. (FMLA forms on file)

B.N.D.D. # _____   STATE LIC # _____

SUBSTITUTION
PERMISSIBLE _____   M.D.O.

(P.T.S.)

REFILL _____ TIMES _____

PRINT PHYSICIAN NAME

104785   O. UmeH MD

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER
MUST HANDWRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN
THE SPACE BELOW.

_____

Form#101

# Phillip C. Bennett, Ph.D.

## Licensed Psychologist

**1528 Walnut Street**
**Suite 1706**
**Philadelphia, PA 19102**

March 18, 2020

To: Human Resources Department
City of Philadelphia

I am writing to update you on the status of my patient Timothy Booth. Mr. Booth continues in psychological treatment for acute anxiety and symptoms of PTSD. Because of these continuing symptoms, it is, in my clinical judgment, best for him to wait until he is doing better before returning to work.

Sincerely,

Phillip C. Bennett, Ph.D.

**Phone: 610-716-1756**
**Fax: 215-951-6273**
**DrPhillipBennett@gmail.com**
**www.DrPhillipBennett.com**

Photo ███████████



Police Dept. Cover up
And Exhaustion of
Remedies to which
I was Repeatedly Abused
For Doing So.
Defendants Did not follow
their own Procedures
because their Intent was
to punish me!!

# EXHIBIT "C"

photo job id



# MEMORANDUM

**POLICE**
**CITY OF PHILADELPHIA**

**DATE: 08-03-19**

**TO**     :  Whom it may concern

**FROM**   :  Lt. Shaun T. Butts #403, 12th District, 3Platoon

**SUBJECT**  :  <u>**EVAULATION OF TIMITHOY BOTH (CIVILIAN)**</u>

1. Mr. Both is one of the most hardiest working civilians in the 12th Police District located at 6448 Woodland Ave. Mr. Both has a pleasant attitude, is very punctual and dependable. He starts his mornings early around 0500 and begins to clean prior to the day work shift arriving. Mr. Both pays particular attention to areas that need his undivided attention such as the bathrooms. He does his best to keep supplies on hand and available on his days off. Mr. Both will also go out of his way to help and complete task that are not part of his job description for the sake of the team.

2. Over all I would rate Mr. Both job performance satisfactory.

3. Respectfully submitted.

*Lt. Shaun T. Butts* L/b

Shaun T. Butts
Lieutenant             #403
12th District, 3 Platoon

CITY OF PHILADELPHIA

DATE RECEIVED BY PERSONNEL DEPARTMENT

**PERFORMANCE REPORT FOR EMPLOYEES REPRESENTED BY DISTRICT COUNCIL 33**

| | |
|---|---|
| Name | Civ. Timothy Booth |
| Payroll Number | 276541 |
| Class Code | 1A12 |
| Civil Service Title | Custodial Worker 1 |
| Department Number | 11NB4212 |
| Department Name | Police |
| Date Probation Ends | |
| Date of Report | 09-01-19 |
| Type of Report | Annual |

**COMMENTS TO EMPLOYEE**

Comments to Employee ARE REQUIRED for Overall ratings and Unsatisfactory Factor ratings. *(Use additional sheets if needed.)*

Civ. Booth while under my supervision you have proven to be punctual and perform your assigned tasks in a satisfactory manner. Your hard work is greatly appreciated.

**RATING FACTORS: SEE INSTRUCTIONS ON BACK OF THIS FORM.**

| | | S | U | | | S | U |
|---|---|---|---|---|---|---|---|
| | S = SATISFACTORY<br>U = UNSATISFACTORY | | | | S = SATISFACTORY<br>U = UNSATISFACTORY | | |
| 1. | QUALITY OF WORK – Accuracy; precision; completeness; neatness. *(Quantity not considered.)* | ☒ | ☐ | 7. | SAFETY – Follow rules/procedures; equipment properly worn/used; hazards, accidents, unsafe acts reported/corrected promptly | ☒ | ☐ |
| 2. | QUANTITY OF WORK – Amount of work turned out. *(Quality not considered.)* | ☐ | ☐ | 8. | WORK HABITS – Organization of work; uses and care of tools/equipment; industry; promptness | ☒ | ☐ |
| 3. | DEPENDABILITY – Work done with minimum supervision; follows directions and work rules | ☒ | ☐ | 9. | FACTORS NOT LISTED (Use additional sheets if necessary) | ☐ | ☐ |
| 4. | MEETS DEPARTMENTAL ATTENDANCE STANDARDS | ☒ | ☐ | 10. | ABILITY AS SUPERVISOR OR LEAD-WORKER – Proficiency in training employees, in planning, organizing, laying out and getting out work; leadership; making fair/impartial assignments considering needs of department employees, policy and EEO considerations | ☐ | ☐ |
| 5. | INITIATIVE – Willingness and ability to accept and carry out responsibility | ☒ | ☐ | | | | |
| 6. | WORK RELATIONSHIPS - With co-workers; supervisors, general public | ☒ | ☐ | | | | |

| OVERALL RATING: | ☐ UNSATISFACTORY | ☒ SATISFACTORY | Must be consistent with the factor ratings, but there is no prescribed formula for computing the overall rating. |
|---|---|---|---|

☐ I recommend that you be granted permanent Civil Service status *(To be checked only on Fifth month report)*

| SIGNATURE OF RATER | PAYROLL NUMBER<br>230257 | TITLE<br>Sergeant | DATE<br>09-01-19 |
|---|---|---|---|

☐ I WOULD LIKE TO DISCUSS THIS REPORT WITH THE REVIEWING OFFICER

IN SIGNING THIS REPORT I DO NOT NECESSARILY AGREE WITH THE CONCLUSIONS OF THE RATER
Signature of Employee          Date 9/13/19

AS REQUESTED REVIEWING OFFICER DISCUSSED REPORT WITH EMPLOYEE ON *(DATE)*

I CONCUR IN THE RATINGS GIVEN BY THE RATER. I HAVE MADE NO CHANGE IN THE REPORT
Signature Of Reviewing Officer          350          Date 9/16-19

Sgt. Davis
LT. Ruff

11:04:06 Tuesday, July 23, 2019

```
** COURT NOTICE **        POLICE DEPARTMENT           ** COURT NOTICE **
PAYROLL 276541            D.C.NUM 19-98-090023         DATE 05-16-19

      - COURT ATTENDANCE -                - TESTIMONY TIME - YES . NO .
IN 0000 OUT 0000 TOTAL TIME ....        IN .... OUT .... TOTAL TIME ....

      - COURT INFORMATION -              - COURT DATE TOUR -
NAME BOOTH TIMOTHY        BADGE        UNIT 1200  PLT 90
DATE 05-16-19  TIME 1000  COURT ROOM 09 9800 IAD 7790 DUNGAN ROAD HO OVERTIME
REMARKS   CONTACT SGT CONWAY @5-5004 WITH ANY QUESTIONS

DEFENDANT N/A                   CHARGE N/A
ARREST DATE          D.A. DIST ATY OFFICE 6868000  D.A. PAYROLL 294388
SENT BY CONWAY BRENT      DATE SENT 05-14-19  TIME SENT 0940

JUDGE ................... D.A. ............... D.A. PAYROLL ......
DISPOSITION ........................... DISP EVIDENCE ....
COURT ROOM IN .... OUT ....   D.A. SIGNATURE .........................

NOTIFIED BY .............. OFFICER SIGNATURE .........................

                              PF10 = PREVIOUS SCREEN
                              PF11 = MENU   PF12 = EXIT
```

Internal Affairs
gave statement
Against LT Allan
As of today 8/8/19
Still have not recieve(d)
my copy

STATEMENT OF:      **Civ. Timothy Booth, PR #276541 B/M**
                           Appointment Date: 09-03-12
                           Assignment Date: 07-11-13
                           Assignment: 15th District

DATE AND TIME:      05-16-19  9:31 AM

PLACE:               Philadelphia Police Department
                           Internal Affairs Division
                           7790 Dungan Rd.

IN THE PRESENCE OF:

CONCERNING:        EEO #19-0023

INTERVIEWED BY:    Sergeant Brent Conway #8892

RECORDED BY:       Sergeant Brent Conway #8892

     Civilian Booth, I am Sergeant Brent Conway #8892, Internal Affairs Division, and I will be taking your statement, directly on this computer.  You are being interviewed regarding a possible EEO complaint.

Q.  Are you represented by counsel?
A.  No.

**Civilian Booth, you are reminded that failure to cooperate in a Departmental Administrative Investigation is punishable by ten (10) days suspension to dismissal under Article 1- §008-10 of the Disciplinary Code.**

**Civilian Booth, you are reminded that lying or attempting to deceive regarding a material fact during the course of any Departmental investigation is punishable by dismissal under Article 1-§009-10 of the Disciplinary Code.**

Q.  Do you understand this?
A.  Yes.

Q.  Are you willing to cooperate?
A.  Yes.

Q.  Are you recording this interview?
A.  No.

Q.  Please state your rank, full name, badge number, payroll number, and district or unit of assignment.
A.  Civilian Timothy Booth, Payroll #276541, 12th District.

_____
Civilian Timothy Booth        05-16-19

FRST iCL MAILEDE19& DS2&69

# CITY OF PHILADELPHIA
PHILADELPHIA POLICE DEPARTMENT
750 RACE STREET
PHILADELPHIA, PA 19106

Timothy Booth
4215 Filbert St.
Phila. Pa. 19104

Razier
10/09/2019
**US POSTAGE** $000.45=

ZIP 19106
011D11652325

HAHRPMP 19104

# POLICE EMERGENCY
## DIAL 9-1-1



# CITY OF PHILADELPHIA

POLICE DEPARTMENT
HEADQUARTERS, FRANKLIN SQUARE
PHILADELPHIA, PENNSYLVANIA 19106

Christine M. Coulter
Commissioner

September 20, 2019

Dear Civilian Booth,

The Internal Affairs Division conducted an EEO investigation into the complaint filed under control #19-0023.

This investigation was **REFERRED** to Captain Drissel.

Any questions you have can be referred to the administrative lieutenant at the Office of Professional Responsibility located at 7790 Dungan Road or call 215-685-5008.  Business hours are from 9:00 am to 5:00 pm.

Sincerely,

Christopher Flacco
Chief Inspector
Office of Professional Responsibility

Commanding Officer, Police Personnel
Commanding Officer, Internal Affairs Division
IAD #19-0023

① How can he Investigate Himself.

② Police Procedure state that Is Suppose to go back to the Commissioner

③ I Already objected to Inhouse Resolution

**To:** PAC <PAC@Phila.gov>; KEVIN COLEMAN <KEVIN.COLEMAN@eeoc.gov>
**Subject:** Internal affairs

---

**External Email Notice. This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.**

---

My name is Timothy Booth

I have a question.

When i gave my complaint to complaint to former commissioner Ross about Lt tamika Allan.

I informed the commissioner about Captain Scott Drissco biasness when he accused me of being insubordinate to Lt Allan without asking me what happened and saying that he was not concerned with Lt Allan prior abusive action towards me.

Captain Drissco refused to speak with inseptor Deshawn Beaufort or his drive police officer Eric Lee investigate Lt allan conduct nor was he willing to check the camera footage to verify the time i left work that day that the locker room was left open and her police issued gun was laying unattended on the table.

My question is how can internal affairs christopher Flacco send my complaint back to captain drissco to investigate.

Investigate your own biasness

I am sending it back to you to cover up.

Sgt Stephanine Williams told me that she was not going to address it but my complaint against Lt Allan and my concerns about Captain Scott Drissco is what lead up to Sgt Brian McMenamin threatening me for my complaint against Lt Allan

Then the captain abused his authority and filed false charges against me say that i should be filed ,while claiming that what Sgt McMenamin did to me ; i did to him.

I know that you said that you were not going to investigate but i beg of you to don't let my claim against Lt Allan be handle in house by Captain Scott drissco.

Please ask inseptor beaufort if captain drissco or anyone from internal affairs unit contacted him

Ask police officer lee the same question.

The real time crime has it recorded and can retrieve the footage of me leaving at 1:00 pm to prove that i left.

3/24/2020

Sgt Denise Brown said that she came in at 2:00pm and the locker room door was open and Lt tamika Allan police issued service gun was left unattended on the table and anyone could have gotten to it .

Community service have meeting with the public and they could have taken her gun.

```
** COURT NOTICE **                                    ** COURT NOTICE **
PAYROLL 276541              D.C.NUM 19-98-090050       DATE 10-16-19

- COURT ATTENDANCE -                          - TESTIMONY TIME - YES . NO .

IN ..... OUT ..... TOTAL TIME .....           IN ..... OUT ..... TOTAL TIME .....

- COURT INFORMATION -                         - COURT DATE TOUR - .....
NAME BOOTH TIMOTHY         BADGE              UNIT 1200  PLT 90
DATE 10-16-19  TIME 6930   COURT ROOM 09 9800 7790 DUNGAN RD
REMARKS  NOT TARGET, NO OVERTIME   CONTACT SGT WILLIAMS IF YOU HAVE ANY
         QUESTIONS

DEFENDANT N/A                              CHARGE N/A
ARREST DATE               DA/LIA WILLIAMS, STEPH 6855004DA/LIAISON PAY#238528
SENT BY WILLIAMS STEPHA   DATE SENT 10-08-19  TIME SENT 0555

JUDGE .....                          D A .....  D A PAYROLL .....
DISPOSITION .....                    D.A. DISP EVIDENCE .....
COURT ROOM IN .....  OUT .....  D A . SIGNATURE .....

NOTIFIED BY .....                    OFFICER SIGNATURE .....
>>FOR CUC CASES,YOU MUST FINGER SCAN IN AND OUT OF EACH INDIVIDUAL COURT ROOM<<

     **  IF OFFICER IS UNAVAILABLE FOR COURT REFER TO DIRECTIVE 6.2  **
```

                                                                    POLICE DEPARTMENT

 Gmail

**Timothy Boothe <timothybooth21@gmail.com>**

## Fwd: Internal affairs(Timothy Booth)
1 message

**Timothy Boothe** <timothybooth21@gmail.com>

---

---------- Forwarded message ---------
From: **Timoth Boothe** <timothybooth21@gmail.com>
Date: Mon, Nov 25, 2019, 11:26 AM
Subject: Fwd: Internal affairs(Timothy Booth)
Police Advisory Committee

From: **Joseph Chaffin** <Joseph.Chaffin@phila.gov>
Date: Tue, Nov 5, 2019, 12:52 PM
Subject: Re: Internal affairs(Timothy Booth)
To: Timothy Boothe <timothybooth21@gmail.com>
Cc: Hans Menos <Hans.Menos@phila.gov>, Anthony Erace <Anthony.Erace@phila.gov>


Mr. Booth:

Thanks for answering my phone call so we could discuss our strategy going forward.
Once the EEO investigation is completed I will request the final report and discuss the
findings with my supervisor. If we are not convinced of the findings and the
thoroughness of the investigations my supervisors will help me plan the next steps and
try to get you justice.

Joe Chaffin, PAC Investigator
One Parkway 1515 Arch St, 11th Floor
Philadelphia, PA 19102
215-685-0880 (O)
267-971-5153 (M)
215-685-0895 Fax

---

**From:** PAC <PAC@Phila.gov>
**Sent:** Tuesday, November 5, 2019 9:52 AM
**To:** Joseph Chaffin <Joseph.Chaffin@Phila.gov>
**Subject:** FW: Internal affairs(Timothy Booth)



**From:** Timothy Boothe <timothybooth21@gmail.com>
**Sent:** Tuesday, November 5, 2019 8:28 AM

 Gmail

Timothy Boothe <timothybooth21@gmail.com>

___

## Re: Complaint
1 message

___

**Stephanie Williams** <Stephanie.Williams@phila.gov>                    Tue, Feb 25, 2020 at 6:15 AM
To: Timothy Boothe <timothybooth21@gmail.com>

Good morning Mr. Booth,

The investigation has to go through the chain of command, to the Police Commissioner for final
disposition. After a review by the Police Commissioner, the Deputy Commissioner, Office of Professional
Responsibility, will then notify you in writing of the result of the investigation. Have a good day!

*Stephanie Williams*

*Sergeant #8848*

*Philadelphia Police Department*

*Internal Affairs Division (EEO Team)*

*7790 Dungan Road*

*Philadelphia, PA  19111*

*Office:  (215) 685-5004*

*Fax:     (215)685-5055*

Email: *Stephanie.Williams@phila.gov*

___

**From:** Timothy Boothe <timothybooth21@gmail.com>
**Sent:** Monday, February 24, 2020 9:12 PM
**To:** Stephanie Williams <Stephanie.Williams@Phila.gov>
**Subject:** Complaint

> **External Email Notice. This email comes from outside of City government. Do not click
> on links or open attachments unless you recognize the sender.**

___

Sgt Stephanine Williams

This email concerns my complaint that i filed with in the presence of a lawyer.

Unpaid Leave of Absence
Since - 1-8-2020

No Income

# EXHIBIT "D"



# CITY OF PHILADELPHIA

## POLICE PERSONNEL UNIT

January 28, 2020

Timothy Booth, PR#276541
4215 Filbert Street
Philadelphia, PA 19104

Dear Mr. Booth,

This letter is to inform you that your request for a Medical Leave of Absence has been approved beginning **1-8-20 TO 4-1-20.**

You are required to return to work on **4-2-2020.** Included with the letter you will find instructions on what you need to do in order to be reinstated following your leave.

If you are unable to return to work by the date specified, please contact Police Personnel, at (215)686-3372/3373, to speak with someone regarding your options.

_____          _____
Personnel Office Representative                Date

cc:  Personnel File

*1-28-2021*



# CITY OF PHILADELPHIA

POLICE DEPARTMENT HEADQUARTERS
8th and Race Streets
Philadelphia, Pennsylvania  19106

CHRISTINE COULTER
COMMISSIONER

**January 28, 2020**

To:          **Timothy Booth, PR#276541**

From:      **HEATHER McCAFFREY, DEPARTMENTAL HUMAN RESOURCES MANAGER III**

Subject:   **MEDICAL LEAVE OF ABSENCE**


## ***IT IS <u>IMPERATIVE</u> THAT YOU READ AND COMPLY WITH THE FOLLOWING INFORMATION REGARDING YOUR LEAVE OF ABSENCE:


### 1.  <u>REINSTATEMENT</u>

<u>YOU ARE OBLIGATED</u> TO RETURN TO WORK ON THE NEXT WORKING DAY FOLLOWING THE END OF THE LEAVE OF ABSENCE, ALTHOUGH <u>YOU MAY</u> RETURN TO WORK PRIOR TO THE EXPIRATION OF THE LEAVE.  IF YOU FAIL TO RETURN, OR FAIL TO HAVE AN APPROVED LEAVE OF ABSENCE, <u>YOU MAY BE TERMINATED</u>.  YOU ARE RESPONSIBLE FOR THE FOLLOWING ACTIONS CONCERNING YOUR REINSTATEMENT; <u>THERE IS NO GRACE PERIOD WHEN RETURNING FROM A LEAVE OF ABSENCE:</u>

**A.  ONE WEEK BEFORE YOUR RETURN DATE CONTACT POLICE PERSONNEL AT (215)686-3372/3373,** TO SPEAK TO A REPRESENTATIVE ABOUT COMPLETING THE REINSTATEMENT PROCESS; THAT IS, MAKE APPOINTMENT FOR A PHYSICAL EXAMINATION, OBTAIN ASSIGNMENT, AND REPORT TO PERSONNEL TO SIGN REINSTATEMENT PAPERS AND BENEFIT APPLICATIONS, WHEN NECESSARY.

**B.**  NO ONE MAY RETURN TO WORK WITHOUT COMPLETING THE REINSTATEMENT PROCESS.  AN EMPLOYEE WHO RETURNS TO WORK WITHOUT FOLLOWING THE GUIDELINES WILL <u>NOT</u> RECEIVE A PAYCHECK UNTIL HE/SHE HAS COMPLETED THE REINSTATEMENT PROCESS.

### 2.  <u>EXTENSIONS</u>

IF YOU NEED AN EXTENSION TO YOUR LEAVE, YOU MUST SUBMIT THE REQUEST, WITH PROPER DOCUMENTATION, <u>BEFORE</u> THE COMPLETION OF YOUR ORIGINAL LEAVE (SEE DIRECTIVE 76).  <u>FAILURE TO REQUEST EXTENSIONS MAY RESULT IN YOUR TERMINATION.</u>

**\*\*\*AS PER CIVIL SERVICE REGULATION #11.5, THE APPOINTING AUTHORITY MAY GRANT A LEAVE OF <u>ABSENCE  FOR A PERIOD NOT EXCEEDING ONE YEAR.</u>**



# C I T Y   O F   P H I L A D E L P H I A

POLICE DEPARTMENT HEADQUARTERS
8th and Race Streets
Philadelphia, Pennsylvania 19106

CHRISTINE COULTER
COMMISSIONER

October 17, 2019

To:        Timothy Booth, PR#276541

From:    HEATHER McCAFFREY, DEPARTMENTAL HUMAN RESOURCES MANAGER III

Subject:    FAMILY MEDICAL LEAVE OF ABSENCE

## \*\*\*IT IS <u>IMPERATIVE</u> THAT YOU READ AND COMPLY WITH THE FOLLOWING INFORMATION REGARDING YOUR LEAVE OF ABSENCE:

### 1. <u>REINSTATEMENT</u>

<u>YOU ARE OBLIGATED</u> TO RETURN TO WORK ON THE NEXT WORKING DAY FOLLOWING THE END OF THE LEAVE OF ABSENCE, ALTHOUGH <u>YOU MAY</u> RETURN TO WORK PRIOR TO THE EXPIRATION OF THE LEAVE. IF YOU FAIL TO RETURN, OR FAIL TO HAVE AN APPROVED LEAVE OF ABSENCE, <u>YOU MAY BE TERMINATED</u>. YOU ARE RESPONSIBLE FOR THE FOLLOWING ACTIONS CONCERNING YOUR REINSTATEMENT; <u>THERE IS NO GRACE PERIOD WHEN RETURNING FROM A LEAVE OF ABSENCE:</u>

> **A. ONE WEEK BEFORE YOUR RETURN DATE CONTACT POLICE PERSONNEL AT (215)686-3372/3373,** TO SPEAK TO A REPRESENTATIVE ABOUT COMPLETING THE REINSTATEMENT PROCESS; THAT IS, MAKE APPOINTMENT FOR A PHYSICAL EXAMINATION, OBTAIN ASSIGNMENT, AND REPORT TO PERSONNEL TO SIGN REINSTATEMENT PAPERS AND BENEFIT APPLICATIONS, WHEN NECESSARY.

> **B.** NO ONE MAY RETURN TO WORK WITHOUT COMPLETING THE REINSTATEMENT PROCESS. AN EMPLOYEE WHO RETURNS TO WORK WITHOUT FOLLOWING THE GUIDELINES WILL <u>NOT</u> RECEIVE A PAYCHECK UNTIL HE/SHE HAS COMPLETED THE REINSTATEMENT PROCESS.

### 2. <u>EXTENSIONS</u>

IF YOU NEED AN EXTENSION TO YOUR LEAVE, YOU MUST SUBMIT THE REQUEST, WITH PROPER DOCUMENTATION, <u>BEFORE</u> THE COMPLETION OF YOUR ORIGINAL LEAVE (SEE DIRECTIVE 76). <u>FAILURE TO REQUEST EXTENSIONS MAY RESULT IN YOUR TERMINATION.</u>

<u>\*\*\*AS PER CIVIL SERVICE REGULATION #11.5, THE APPOINTING AUTHORITY MAY GRANT A LEAVE OF ABSENCE FOR A PERIOD NOT EXCEEDING ONE YEAR.</u>

1

As you remember i called and spoke with you the morning of july 17th 2019 approximatly 7:45am about Sgt Brian McMenamin threatening me.

My phone records can prove that this call took place.

I am not saying that you will Captain Scott Drissco cover up for Sgt McMenamin and himself .

I just want to know what is happening with my complaint.
It has been some time now.
Please let me know

Thank you
Timothy Booth
276541
12th district civilian custodial

\* I have my shop steward)
a witness

\* I have other officer whom
witness my being threaten
on 9-19-20

\* I have more documentation
as proof.

\* The Audio of sgt mcmenamin
is posted on youtube

\* I have the text message
from sgt Davis

\* I have proof that I was asked
to holy off on filing my complain

# EXHIBIT "E"

\* I have proof that the
Captain Intentiond lie)
when he filed those false
Retalory charge

\* proof of Religous )iserimination