IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY BOOTH, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| CAPTAIN SCOTT DRISSEL, et al., | : | NO. 20-1751 |
| Defendants. | : | |

**ORDER**

AND NOW, this 1st day of November, 2023, upon consideration of Defendants' Motions for Summary Judgment (ECF Nos. 75 & 77), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** as follows:

1. Defendants' Motions for Summary Judgment are **GRANTED in PART** as to Counts One through Seven of Plaintiff's Second Amended Complaint (ECF No. 37).

2. Counts Eight through Eleven of Plaintiff's Second Amended Complaint are **DISMISSED without PREJUDICE** for refiling, if at all, in state court.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**